CHAMBERS OF
JUDGE WILLIAM T. HART

June 25, 2009

Honorable Bobby R. Baldock
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Washington, D.C.   20544

Dear Judge Baldock:

In response to the letter dated June 19, 2009, mentioning the following in my 2008 Financial Disclosure Report:

Part VII, page 6, line 45, column D(1) which was left blank.  This column should contain the word "Deposit" to reflect a broker deposit.

Part VII, page 4, line 12, under IRA #1 Morgan Stanley (MS) UBS Financial Serv., Inc., "American International Group" should be included as an asset held in the IRA.  The item was inadvertently omitted from my current report.

Sincerely,

██████████████████

WTH/mqm

**Hart_William_T**

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2008 | FOR CALENDAR YEAR 2008 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HART, WILLIAM T. | NORTHERN DISTRICT OF ILLINOIS | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. SENIOR DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. DEARBORN STREET <br> ROOM 2246 <br> CHICAGO, ILLINOIS 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | NORTHERN DISTRICT OF ILLINOIS COURT HISTORICAL ASSOCIATION, an Illinois not-for-profit corporation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| HART, WILLIAM T. | | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ---British Petroleum | B | Dividend | K | T | | | | | |
| 19.   --Duke Energy | A | Dividend | K | T | | | | | |
| 20.   ---Spectra Energy Corp. | A | Dividend | | | Sold | 5/13 | J | A | |
| 21.   ---Bristol Meyers Squibb | B | Dividend | K | T | | | | | |
| 22.   ---General Electric | A | Dividend | K | T | | | | | |
| 23.   ---Sunrise W & G | A | Interest | | | Redeemed | 4/1 | J | A | |
| 24.   ---Loraine Cty. OH Health F/R/C/P | B | Interest | | | Sold | 9/20 | K | A | |
| 25.   ---Jennings Ind. Sch. Corp. | B | Interest | | | Redeemed | 1/07 | K | A | |
| 26.   ---Hudson GO Purp B | B | Interest | K | T | | | | | |
| 27.   ---Allen G O B | B | Interest | | | Sold | 11/14 | K | A | |
| 28.   ---Luzerne, CO GO B | B | Interest | K | T | | | | | |
| 29.   ---Taylor, MI S DIST B | B | Interest | | | Sold | 11/06 | K | A | |
| 30.   ---Washington Mutual CD | B | Interest | | | Redeemed | 1/18 | K | A | |
| 31.   ---Wachovia Corp. 8% Pf | A | Interest | | | Sold | 11/06 | K | A | |
| 32.   ---Citizens PPTY INS C FL | A | Interest | | | Sold | 11/07 | J | A | |
| 33.   ---Lee City, FL IMPT | A | Interest | | | Sold | 11/19 | K | A | |
| 34.   ---FL Mun COUNCIL | A | Interest | | | Sold | 11/06 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1.
As of 11/24/08, IRA #1 Morgan Stanley Account was transferred to UBS Financial Services, Inc., ▇▇▇▇▇▇▇▇▇ Chicago, Illinois ▇▇▇

NOTE 2.
As of 11/24/08, Morgan Stanley Account was transferred to UBS Financial Services, Inc., ▇▇▇▇▇▇▇, Chicago, Illinois ▇▇▇

NOTE 3.
This security was inadvertently omitted from prior listings. It was acquired 5/12/04, Value K, Interest B.

NOTE 4.
Transferred to The Clare Residency Account.